**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **DETOREI J. CRAIN,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:09-CV-2353-D |
| ) | |
| **CREDIT PROTECTION** ) | |
| **ASSOCIATION, et al.,** ) | |
| Defendants. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and defendant Wells Fargo Financial's ("Wells Fargo's") January 4, 2010 motion to dismiss is granted, and plaintiff's action against Wells Fargo is dismissed with prejudice.

**SO ORDERED**.

March 29, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE