**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DETOREI J. CRAIN,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:09-CV-2353-D |
| | ) | |
| **CREDIT PROTECTION** | ) | |
| **ASSOCIATION, et al.,** | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set out in an order filed today, it is ordered and adjudged that plaintiff's action against defendant Wells Fargo Financial ("Wells Fargo") is dismissed with prejudice.

Wells Fargo's taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason for delay and directs the clerk of court to enter this as a final judgment.

Done at Dallas, Texas March 29, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE