IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DETOREI CRAIN, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:09-CV-2353-D |
| VS. § | |
| § | |
| CREDIT PROTECTION ASSOCIATION, § | |
| et al., § | |
| § | |
| Defendants. § | |

# **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge listed below, the court concludes that the findings and conclusions are correct. It is therefore ordered that the June 30, 2010 findings, conclusions, and recommendations of the magistrate judge [docket nos. 73, 74, and 75] are adopted.

Accordingly, the following motions are granted: Penncro Associates June 7, 2010 motion to dismiss [docket no. 63], and Leading Edge Recovery Solutions LLC's June 7, 2010 motion to dismiss [docket no. 64]. The court's grant the April 26, 2010 motion to dismiss of defendant Afni, Inc. ("Afni") [docket no. 20]. It denies Afni's motion for sanctions, and it denies as moot Afni's alternative motion for a more definite statement.

No later than August 11, 2010, plaintiff must file an amended complaint that states a claim on which relief can be granted as to each defendant whose motion to dismiss has been granted by this order. If he fails to amend as to a particular defendant or defendants, the court will dismiss his action as to that defendant or defendants based on this order and without the necessity of an additional motion to dismiss. If he timely amends as to a particular defendant or defendants, but he

fails to state a claim on which relief may be granted, the defendant or defendants may move anew to dismiss under Fed. R. Civ. P. 12(b)(6) or for other available relief.

**SO ORDERED**.

July 28, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE