IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DETOREI CRAIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:09-CV-2353-D |
| VS. | § | |
| | § | |
| CREDIT PROTECTION ASSOCIATION, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

For the reasons set out in orders filed July 20, 2010, July 28, 2010, and today, it is ordered and adjudged that plaintiff's actions against the following defendants are dismissed with prejudice: Capital One Auto Finance; Midland Credit Management Inc.; Asset Acceptance LLC; Jefferson Capital Systems LLC; Landsafe Credit; Americredit Financial Service; Prestige Financial Services; Marquette Consumer Finance, Inc; Meta Bank; Penncro Associates; Leading Edge Recovery Solutions LLC; and Afni, Inc.

Each defendant's respective taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason for delay and directs the clerk of court to enter this as a final judgment.

Done at Dallas, Texas August 19, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE