IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DETOREI CRAIN, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:09-CV-2353-D |
| VS. § | |
| § | |
| CREDIT PROTECTION ASSOCIATION, § | |
| et al., § | |
| § | |
| Defendants. § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the August 30, 2010 order of the magistrate judge, the court concludes that the order and conclusion are correct. It is therefore ordered that the August 30, 2010 order and conclusion of the magistrate judge are adopted. Accordingly, Langbert Financial Inc.'s ("Langbert's") July 8, 2010 motion for summary judgment is granted, and plaintiff's action against Langbert is dismissed with prejudice by Fed. R. Civ. P. 54(b) judgment filed today.

**SO ORDERED**.

September 23, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE