IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DETOREI CRAIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:09-CV-2353-D |
| VS. | § | |
| | § | |
| CREDIT PROTECTION ASSOCIATION, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## **JUDGMENT**

For the reasons set out in an order filed today, it is ordered and adjudged that plaintiff's action against defendant Langbert Financial Inc. ("Langbert") is dismissed with prejudice.

Langbert's taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason for delay and directs the clerk of court to enter this as a final judgment.

Done at Dallas, Texas September 23, 2010.


_____
SIDNEY A. FITZWATER
CHIEF JUDGE