IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DETOREI CRAIN, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:09-CV-2353-D |
| VS. § | |
| § | |
| CREDIT PROTECTION ASSOCIATION, § | |
| et al., § | |
| § | |
| Defendants. § | |

## JUDGMENT

For the reasons set out in orders filed on September 23, 2010 and today, it is ordered and adjudged as follows:

Plaintiff's action against defendant Portfolio Recovery Associates, LLC ("PRA") is dismissed with prejudice.

PRA's taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Plaintiff's actions against the following defendants are dismissed without prejudice: Credit Protection Association, Genesis Financial Solutions, OK Student Loan Authority, Palisades Collection LLC, Portfolio Recovery, TU Electric, Vision Financial, Brachfield and Associates, Texas Direct Auto, HSBC Auto Finance, Premier Recovery, GC Services, Flagship Credit Corp., BSM Financial LP, Payless Car Sales, and Drivers Select.

Because this judgment effects the dismissal of plaintiff's actions against all remaining defendants, the clerk of court is directed to docket this as a final judgment and to close this civil action for statistical purposes.

Done at Dallas, Texas October 21, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE